UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ROSIE BARNES,
    Plaintiff,

v.

ANDREW SAUL,
*Commissioner of Social Security*
    Defendant.

# JUDGMENT

Case No. 5:20-CV-248-KS

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Consent Motion to Remand Case to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** the Court hereby reverses the Defendant's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Defendant for further administrative action.

<u>This judgment filed and entered on June 4, 2021, with electronic service upon:</u>

Charlotte Hall, *Counsel for Plaintiff*
Lisa Rayo, *Counsel for Defendant*

**PETER A. MOORE, JR.**
CLERK, U.S. DISTRICT COURT

DATE: June 4, 2021

/s/ *Shelia Foell*
(By): Shelia Foell
Deputy Clerk, U.S. District Court